UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.   14-cv-61821

ELESEMA GONZALEZ,

       Plaintiff,

v.

NORTH BROWARD HOSPITAL
DISTRICT,

       Defendant.

_____/

## NOTICE OF REMOVAL

Defendants, NORTH BROWARD HOSPITAL DISTRICT, DENISE MORRIS, and JASMIN SHIRLEY,   by and through undersigned counsel and pursuant to 28 U.S.C. §1441 and 42 U.S.C. §1983, remove this action from the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida and states:

1.     Plaintiff has sued the Defendants[1] in Count I of the Amended Complaint for alleged deprivations of her federally protected rights (First Amendment) through 42 U.S.C. §1983.

2.     The first pleading giving rise to a right to remove the action was Plaintiff's Amended Complaint deemed filed by the Circuit Court on July 30, 2014.

3.     Pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), this Court has original jurisdiction over this action, as this action presents a "federal question" and seeks to redress

---

[1] Defendants, Dexter Dore, Christopher Pitts and Maxine James Francis have not yet been served with process.  Defendants will file a consent to the removal upon service of the complaint.

the alleged deprivation of the Plaintiff's civil rights.

4.      Pursuant to 28 U.S.C. §1441(a), 28 U.S.C. §1441(b), and 28 U.S.C. §1441(c), this action is properly removable to this Court.

5.      A copy of the Amended Complaint together with copies of the papers filed in this proceeding with the Clerk of the Court for Seventeenth Judicial Circuit in and for Broward County, Florida, are attached as Exhibit "A."

6.      Venue is proper in this Court because the alleged conduct occurred within the Southern District of Florida.

7.      Defendant has filed a notice of removal with the Clerk of the Court for Seventeenth Judicial Circuit in and for Broward County, Florida, in accordance with 28 U.S.C. §1446(d).

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 11th day of August, 2014, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH, BURKE,
PIPER & HOCHMAN, P.A.
**Attorneys for North Broward Hospital District**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:   (954) 463-0100
Facsimile:   (954) 463-2444


BY: _   s/Christopher J. Stearns_____
     E. BRUCE JOHNSON
     Florida Bar Number:  262137
     CHRISTOPHER J. STEARNS
     Florida Bar Number:  557870

## <u>SERVICE LIST</u>

**G. WARE CORNELL, JR., ESQ.**
CORNELL & ASSOCIATES
**Attorney for Plaintiff**
2645 Executive Park Drive
Weston, Florida 33331
Telephone:   (954) 618-1041
ware@warecornell.com

_____

**E. BRUCE JOHNSON, ESQ.**
**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for North Broward Hospital District**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:   (954) 463-0100
Facsimile:   (954) 463-2444
stearns@jambg.com
johnson@jambg.com