The JS - 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**1.(a) PLAINTIFF(S)**
ELESEMA GONZALEZ

**DEFENDANTS**
NORTH BROWARD HOSPITAL DISTRICT; DEXTER DORE; CHRISTOPHER PITTS; MAXINE JAMES-FRANCES; DENISE MORRIS AND JASMIN SHIRLEY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Miami-Dade

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT; Miami-Dade

**(c)** ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)
G. Ware Cornell, Jr., Esq.
CORNELL & Associates, P.A.
2645 Executive Park Drive
Weston, Florida 33331
Telephone:  (954) 618-1041

ATTORNEYS (IF KNOWN)
**E. Bruce Johnson**, Esq,
**Christopher J. Stearns, Esq.**
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   **BROWARD,**  PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1 U S Government Plaintiff
☒ 3 **Federal Question** (US Government Not a Party)
☐ 2 U S Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 **Removed from State Court**
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened (specify)
☐ 5 Transferred from another district Litigation
☐ 6 Multidistrict Judgment
☐ 7 Appeal to District Judge from Magistrate

## V. NATURE OF SUIT (PLACE AN "X' IN ONE BOX ONLY)

**A CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforce Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
☐ 153 Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholder Suit
☐ 190 Other Contract
☐ 195 Cont Prod Liability

**A REAL PROPERTY**
☐ 210 Land Condemn
B ☐ 220 Foreclosure
☐ 230 Rent and Lease Ejectment
☐ 240 Torts to Land
☐ 245 Tort Prod Liability
☐ 290 All Other Real Property

**A TORTS**
**Personal Injury**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
Personal
☐ 330 Federal Employees Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**Personal Injury**
☐ 362 Personal Injury - Med Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Injury Product Lia

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Prop Damage Product Liability

**A CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☒ 440 Other Civil Rights

**PRISONER PETITIONS**
B ☐ 510 Motions to Vacate Sentence
**HABEAS CORPUS:**
B ☐ 530 General
A ☐ 535 Death Penalty
B ☐ 540 Mandamus&Other
B ☐ 550 Civil Rights
B ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
B ☐ 610 Agriculture
B ☐ 620 Other Food & Drug
B ☐ 625 Drug Seizure of Prop. 21USC881
B ☐ 630 Liquor Laws
B ☐ 640 R R & Truck
B ☐ 650 Airline Regs
B ☐ 660 Occupational Safety/Health
B ☐ 690 Other

**A LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor Mgmt Relations
☐ 730 Labor/ Mgmt Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
A ☐ 791 Empl Ret Inc Security Act

**A BANKRUPTCY**
☐ 422 Appeal 28USC 158
☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**B SOCIAL SECURITY**
☐ 861 HIA 1395
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW/405g
☐ 864 SSD Title XVI
☐ 865 RSI(405g)

**FEDERAL TAX SUITS**
A☐ 870 Taxes(US Plaintiff of Defendant
A☐ 871 IRS - Third Party 26 USC 7609

**A OTHER STATUTES**
☐ 400 State Reappointments
☐ 410 Antitrust
☐ 430 Banks, Banking
B☐ 450 Comm, ICC
☐ 460 Deportation
☐ 470 RICO
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Econ Stab Act
☐ 893 Environ mental Matters
☐ 894 Energy Alloc Act
☐ 895 Freedom on Info Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality State Statute
☐ 890 Other Statutory Actions A OR B

## VI. CAUSE OF ACTION (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Allegations of violations of federal civil rights, pursuant to 42 U.S.C. § 1983

LENGTH OF TRIAL: _3__ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
**DEMAND** $
CHECK YES only if demanded in complaint
**JURY DEMAND:**  ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE:
DOCKET NUMBER:

| DATE | SIGNATURE OF ATTORNEY OF RECORD | |
|---|---|---|
| August 11, 2014 | /s/ Christopher J. Stearns | Christopher J. Stearns, Esq.  --  FBN 557870 |

**FOR OFFICE USE ONLY**

RECEIPT NO.: _____   AMOUNT _____   APPLYING IFP _____   JUDGE