148

Filing # 9475521 Electronically Filed 01/23/2014 02:21:22 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

ELESEMA GONZALEZ,

     Plaintiff,

                                Case No:  13-026457 CACE (25)

                                **SUMMONS**

v.

NORTH BROWARD HOSPTIAL DISTRICT,

Defendant.

_____/

TO: NORTH BROWARD HOSPTIAL DISTRICT,.

                FRANK NASK, PRESIDENT
                303 SE 17 ST
                FORT LAUDERDALE, FL 33316

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

     YOU ARE HEREBY COMMANDED to serve this summons and a copy of the

Complaint or petition in this action on the Defendant.

     Each defendant is required to serve written defenses to the Complaint or petition upon G.

Ware Cornell, Jr., Esq., Attorney for the Plaintiff, whose address is:

           **G. WARE CORNELL, JR.**
           **CORNELL & ASSOCIATES, P.A.**
           **2645 EXECUTIVE PARK DRIVE**
           **WESTON, FL 33331**

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 1/23/2014 2:21:21 PM ****

RECEIVED
FEB 03 2014
LEGAL DEPARTMENT

SERVED
2-3-14
R. Sais #1

RECEIVED
FEB 03 2014
BROWARD HEALTH
CORPORATE RISK SERVICES

RECEIVED
FEB 4 2014

Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default with be entered against that defendant for the relief demanded in the Complaint or petition.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Office of the Court Administrator; Cheryl Anderson, Broward County Courthouse, 201 SE 6th Street, Room 880, Fort Lauderdale, FL 33301; (954) 831-7721; within 2 working days of receipt of this (describe notice); if you are hearing or voice impaired, call 711.**

WITNESS my hand and the Seal of said Court.          JAN 23 2014

HOWARD C. FORMAN
As Clerk of said Court

BY: _____
As Deputy Clerk

HOWARD C. FORMAN

2

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:   13-026457 CACE (25)

ELESEMA GONZALEZ

     Plaintiff,

v.

NORTH BROWARD HOSPITAL DISTRICT
    Defendant.

_____ _____/

## COMPLAINT UNDER FLORIDA WHISTLE BLOWERS STATUTE

Plaintiff, ELESEMA GONZALEZ ("GONZALEZ"). by counsel. sues the Defendant, NORTH

BROWARD HOSPITAL DISTRICT ("BROWARD HEALTH"), and as grounds alleges as

follows:

*Parties and Jurisdiction*

1.  This is an action brought pursuant to The Florida Whistle Blowers Statute, § §

    112.3187*et. seq.* Florida Statutes (2009).

2.  The amount in controversy, exclusive of interest and costs, exceeds the sum of

    $15,000.00.

3.  Plaintiff is an individual, and a resident of Broward County, Florida.

4.  Defendant, BROWARD HEALTH, is a body corporate operating in Broward County,

    Florida.

5.  Defendant is an agency within the meaning of the Florida Whistle Blowers Statute.

1

6.  GONZALEZ has performed all conditions precedent necessary to the maintenance of this action in that in February, 2012 she disclosed in writing the violations of law to the CEO of BROWARD HEALTH as well as the offices he designated for reporting violations of the law. A copy of this disclosure is attached hereto as Exhibit "A"

*Count I*

7.  GONZALEZ, was employed by BROWARD HEALTH, as a Dental Nurse (a position classified by BROWARD HEALTH as a Dental Technician) until she was forced to resign and constrictively terminated on March 7, 2012.

8.  Plaintiffs' termination March 7th was:

    (a)  in retaliation for complaining about a co-worker who was falling asleep during patient care while procedures were being performed.

    (b)  an "adverse personnel action" as envisioned by § 112.3187(3)( c), Florida Statutes (2009);

    (c)  In violation of Plaintiff's rights under the Whistle-blower'sAct, § 1] 2.3187, Florida Statutes (2009); and

    (d)  directly, naturally and foreseeably caused Plaintiff to lose wages and employee benefits.

19. GONZALEZ has hired counsel and is obligated to compensate them for their services. Such fees are awardable under §112.3187(9)(d)

WHEREFORE, Plaintiff prays that this Court:

(a) Declare BROWARD HEALTH's conduct to be violations of GONZALEZ's rights under Florida's Whistle Blowers Statute;

(b) Enjoin BROWARD HEALTH from engaging in such conduct in the future;

(c) Temporarily and permanently reinstate GONZALEZ to her former position or in an equivalent position;

(d) Reinstate GONZALEZ's full fringe benefits and any seniority rights that may be applicable;

(e) Award GONZALEZ's costs and attorneys' fees; and

(f) Grant such other and further relief as may be deemed just and proper.

*DEMAND FOR JURY TRIAL*

Plaintiff. GONZALEZ, requests trial by jury of all issues so triable as a matter of right

CORNELL & ASSOCIATES, P.A.
Attorneys for the Plaintiff
2645 Executive Park Dr.
Weston, FL 33331
Telephone: (954) 618-1041
Facsimile: (954) 944-1969


BY: G. Ware Cornell, Jr.
G. WARE CORNELL, JR.
Florida Bar No.: 203920

3

Exhbit A

Dear Broward Health Colleague,



Broward Health takes great pride in the services we provide to our community and the impact we have on people's lives. Every day we are trusted with care of individuals' friends and loved ones. Recognizing the importance of ensuring integrity and respect in our daily responsibilities, Broward Health has adopted a comprehensive Compliance and Ethics Program. Because the Program rests on our Mission and Vision, it has easily become incorporated into our daily activities and supports our tradition of  caring – for our patients, our communities,  and our colleagues. We strive to deliver healthcare compassionately and to act with absolute integrity in the way we do our work and the way we live our lives each and every day. This Code of Conduct ("Code"), which reflects our tradition of caring, provides guidance to ensure our work is performed in an ethical and legal manner. It emphasizes the shared common values that guide our actions. It also contains resources to help resolve any questions about appropriate conduct in the work place. Please review it thoroughly. Your adherence to its spirit, as well as its specific provisions, is absolutely critical to our success.

If you have questions regarding the Code or encounter a situation that you believe violates the provisions of this Code, immediately consult your supervisor, your manager, your Regional Human Resources Director, your Regional Ethics and Compliance Officer, the Compliance Hotline (1-888-511-1370), or the Department of Compliance and Ethics. I personally assure you, there will be no retribution for asking questions or raising concerns about the Code or for reporting possible improper conduct.

No code of conduct can substitute each person's own internal sense of fairness, honesty, and integrity. Thus, in your daily life and work, if you encounter a situation or are considering a course of action that does not feel right, please discuss the situation with any of the resources mentioned above.

Our Mission and Vision Statement, as well as this Code of Conduct, reflect our commitment to integrity and respect. To ensure that our culture consistently reflects this commitment, we want Broward Health to be an organization with people who have shared values, continually exemplifying the standards presented in this Code of Conduct. We ask you to assist us by embracing the values and principles that are critical to continuing our tradition of caring.

Sincerely,

*Frank P. Nask*

Frank Nask
Chief Executive Officer and President

2/2012

To Whom It May Concern,

My name is Elesema Gonzalez and I have been a Dental Technician for the past 30 years. I have been employed by Broward Health, CHS in the Dental Dept for more than 5 years. It is with sincere heartache and distress that I am writing this letter. I hope and I pray that because you are a respected V.P. of CHS you would be able to address this issue that has been occurring for approximately 5 years. I have witnessed a co-worker of mine Clodine Norgasse falling asleep while assisting the dentist, Dr. Zanakos. As a professional nurse I was concerned for the safety of our patients and brought this matter to Human Resources, Dr Zanakos also went to H.R and brought up the matter of Clodine falling asleep. I was told by Chris at H.R that they would look into it and would make a note of it in her file. Someone told Mrs Norgasse that I went to H.R. and ever since that day she has made it difficult for me by saying lies about me and creating trouble for me in our dental dept. Time went on and the issue of Mrs Norgasse falling asleep was not resolved because Dr. Zanakos approached me again to say that she was still falling asleep while working on our patients. I spoke to my manager Mr. Dore and he said since I had not witnessed it the second time, I could not report it again and it was not my business. A few days later I was called downstairs to administration and was told by Chris from H.R and Mr Dore my manager that the problem was address and that it would not happen again. Again Mrs. Norgasse found out that I had spoken to H.R. again and she continued to create trouble for me in dental. About 1 month ago , Dr. Zanakos stated again in the presence of two other coworkers that Mrs. Norgasse continues to fall asleep. I told Mr. Dore my manager about her falling asleep again and he told me that we had to meet with Dr. Maxine. A few hours later I was called downstairs to administration to speak with Dr. Maxine and Dextor Dore . To my dismay it was not a good meeting, I was made to feel like my job was in jeopardy. Instead of the emphasis being placed on Mrs. Norgasse falling asleep and the safety of our patients, it was more about me not being a team player and Mrs. Norgasse and I not getting along. A few days later I was called again downstairs to administration and again made to feel like my job was in jeopardy. Dr. Zanakos was called on speaker phone by Dr. Maxine and he said yes that Mrs. Norgasse was still falling asleep. Mrs. Shirley, Please help me, I am at my wits end and don't know what to do. I am extremely distressed and feel that nothing is being done. My father is a Pastor and we were raised to always do the right thing and I feel that coming forward for the 3rd time will protect our patients at CHS. It has been a few weeks and every morning when I get ready to come to work I am getting anxious because I think that this day will be the day that I get fired or transferred someone else. I feel that this issue will be again swepted under the rug and not addressed. I am experiencing mental anguish and sleepless nights and last Friday I had to take a sick day off from work because I started to feel heart palpitations and chest pain and had to go to the emergency room to make sure I was not having a heart attack. Please address this issue because I have not been told anything and again I don't know what to do to protect our patients, I love my job and our patients and feel that Broward health is the best company to be employed by.   Thank you again for addressing this problem.

Please call me
954-732-6188

**IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA**

**CASE NO.: 13-026457 (25)**

ELESEMA GONZALEZ

     Plaintiff,

vs.

NORTH BROWARD HOSPITAL
DISTRICT,

     Defendant.

_____/

## DEFENDANT, NORTH BROWARD HOSPITAL DISTRICT'S
## MOTION TO DISMISS WITH PREJUDICE

Defendant, NORTH BROWARD HOSPITAL DISTRICT ("Broward Health"), by and

through its undersigned attorneys, moves for the entry of an Order dismissing the Complaint

filed by Plaintiff, Elesema Gonzalez ("Gonzalez"), with prejudice, and in support, states:

1.     On January 23, 2014, Gonzalez filed a 1-Count Complaint against Broward

Health alleging a violation of §112.3187, Florida Statutes ("the Whistle-blower's Act").

Gonzalez alleges that Broward Health "constructively discharged" her on March 7, 2012 in

violation of the Whistle-blower's Act, because she *"disclosed in writing the violations of law*

*to the CEO of Broward Health."* See Complaint, ¶¶ 6-7.

2.     Gonzalez's claim is barred by the statute of limitations. Pursuant to

§112.3187(4)(c), a claimant ***must*** bring a civil action within ***180 days*** of the adverse

employment action (i.e., Plaintiff's "constructive discharge"). Again, Gonzalez alleges that

10287452

she was "constructively discharged" on March 7, 2012.  Consequently, Gonzalez had to file her lawsuit on or before **September 3, 2012.**  She failed to do so.

3.      Because Gonzalez failed to file her lawsuit timely, the Complaint must be dismissed with prejudice.  Bridges v. City of Boynton Beach, 927 So. 2d 1061, 1064 (Fla. 4th DCA 2006).  In Bridges, a probationary police officer filed a lawsuit under the Whistle-Blower's Act against his employer **184 days** after his termination.  The trial court dismissed the complaint with prejudice, finding that the plaintiff failed to file it within the applicable statute of limitations.  The Fourth District affirmed. Id. at 1062 (*"[U]nder the statute of limitations contained in the Whistle-blower's Act, [the plaintiff] had to file his action within 180 days of his termination. He failed to do so, and the trial court correctly dismissed his suit on statute of limitations grounds."*); see also Pintado v. Miami-Dade County Hous. Agency, 20 So. 3d 929, 932-933 (Fla. 3d DCA 2009) (*"we conclude that the trial court correctly determined that [the plaintiff's] claim brought under the Act was time-barred as it was raised more than 180 days after the final termination letter."*); Allocco v. City of Coral Gables, 221 F. Supp. 2d 1317 (S.D. Fla. 2002) (dismissing public sector whistle-blower's action brought under section 112.3187 as time-barred where action was filed more than 180 days after employee was terminated).

**WHEREFORE**, the Defendant, NORTH BROWARD HOSPITAL DISTRICT, respectfully requests the entry of an Order dismissing the Complaint with prejudice, together with such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been served and filed through the Florida Court E-Filing Portal this 14th day of February, 2014 to: G. Ware Cornell, Jr., Esq., **Attorney for Plaintiff**, Cornell & Associates, 2645 Executive Park Dr., Weston, FL 33331.

_____

E. BRUCE JOHNSON
FLA. BAR NO. 262137
CHRISTOPHER J. STEARNS
FLA. BAR NO. 557870
Attorney for NBHD
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 - Phone
(954) 463-2444 - Fax
johnson@jambg.com - primary
Stearns@jambg.com - primary
young@jambg.com - secondary
Blouin@jambg.com - secondary

Filing # 16512811 Electronically Filed 07/30/2014 11:51:20 AM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 13-026457 (25)

ELESEMA GONZALEZ

     Plaintiff,

v.

NORTH BROWARD HOSPITAL DISTRICT,
DEXTER DORE,  CHRISTOPHER  PITTS,
MAXINE JAMES-FRANCIS, DENISE MORRIS,
and JASMIN SHIRLEY
     Defendants.

_____/

## AMENDED COMPLAINT

Plaintiff, ELESEMA GONZALEZ ("GONZALEZ"). by counsel. sues the Defendants,

NORTH BROWARD HOSPITAL DISTRICT ("BROWARD HEALTH"), DEXTER DORE,

CHRISTOPHER PITTS, MAXINE JAMES-FRANCIS, DENISE MORRIS, and JASMIN

SHIRLEY and as grounds alleges as follows:

*Parties and Jurisdiction*

1.  This is an action brought pursuant to 28 United States Code §1983

2.  The amount in controversy, exclusive of interest and costs, exceeds the sum of

    $15,000.00.

3.  Plaintiff is an individual, and a resident of Broward County, Florida.

1

4. Defendant, BROWARD HEALTH, is a body corporate operating in Broward County, Florida.

5. Defendant DEXTER DORE, is an individual, employed by BROWARD HEATH as a supervisor at the Seventh Avenue Family Health Center.

6. Defendant CHRISTOPHER PITTS, is an individual, formerly employed by BROWARD HEATH as a an assistant human resources manager.

7. Defendant MAXINE JAMES-FRANCIS, is an individual, employed by BROWARD HEATH as a supervisor. She is also a vendor to BROWARD HEALTH, supplying it with contract nurses from Sigma College of Nursing and Applied Sciences in Jamaica, an entity which she co-founded and serves as CEO.

8. Defendant DENISE MORRIS, is an individual, employed by BROWARD HEATH as a Regional Director of Human Resources.

9. Defendant JASMIN SHIRLEY, is an individual, employed by BROWARD HEATH as a a Vice President Community Health Services.


*Count I*

10. GONZALEZ, was employed by BROWARD HEALTH, as a Dental Nurse (a position classified by BROWARD HEALTH as a Dental Technician) until she was forced to resign and constrictively terminated by the defendants on March 7, 2012.

11. Plaintiff engaged in protected speech on a matter of public concern both orally and in writing in connection with complaints she made about patient safety.

2

12. Specifically, beginning in 2010 Plaintiff advised DEXTER DORE and MAXINE JAMES-FRANCIS that a co-worker Christine Norgasse was repeatedly falling asleep during dental procedures while holding dental instruments in the patients mouths.

13. These complaints were ignored and patients continued to be placed at risk because of Ms. Norgasse's habit of falling asleep.

14. Unknown to Plaintiff was the fact that Norgasse was a nurse supplied under contract to Broward Health from Sigma College of Nursing and Applied Sciences in Jamaica, and that there were financial incentives to both BROWARD HEALTH and JAMES-FRANCIS to keep her on the payroll.

15. In February 2012, Plaintiff sent registered letters to:

    (a)  Commissioner Rhonda Calhoun, Chairman of the Board of Commissioners,

    (b)  FRANK WASK, Chief Executive Officer,

    (c)  DONNA LEWIS, Chief of Corporate Compliance,

    (d)  DENISE MORRIS, Regional Director of Human Resources, and

    (e)  JASMIN SHIRLEY, Vice President CHS

16. This letter, like others written by her and by her oral complaints, constituted protected speech under the First and Fourteenth Amendments of the Constitution of the United States in that they addressed matters of public concern and public safety and that she was speaking as a citizen.

17. Shortly after Plaintiff's letters were delivered to these public officials, on February 29, 2012, GONZALEZ was summoned to a meeting.

3

18. In attendance for BROWARD HEALTH were DORE, PITTS, MORRIS, JAMES-
    FRANCIS and SHIRLEY.

19. At the meeting, rather than address the public safety issues relating to Norgasse's falling
    asleep during procedures while holding instruments in patients' mouths near their eyes,
    these officials proceeded to threaten not just Plaintiff's job, but her livelihood and
    licensure. She was accused of misrepresenting herself as a Dental Nurse, which is the
    common nomenclature for her work, when her BROWARD HEALTH job classification
    was Dental Technician, a term used to describe persons engaged in the manufacture of
    false teeth,

20. Because these threats came from senior officials at BROWARD HEALTH Plaintiff
    experienced great mental and emotional distress for which she sought care.

21. Plaintiff's emotional situation was so acute and the threats so pervasive that on March 7,
    2012 she was compelled to resign.

22. GONZALEZ has hired counsel and is obligated to compensate them for their services.
    Such fees, along with costs, and expert fees are awardable under 42 U.S.C. §1988.

WHEREFORE, Plaintiff prays that this Court will award her the following relief:

> (a) Entry of judgment for compensatory damages, including back pay, and for
> emotional pain and mental anguish;
>
> (b) Entry of an order declaring BROWARD HEALTH to have willfully
> retaliated against Plaintiff;
>
> (c) Award costs, interest, and reasonable attorneys fees; and

4

(d) Grant such other relief as may be just, necessary and proper.

*DEMAND FOR JURY TRIAL*

Plaintiff, GONZALEZ, requests trial by jury of all issues so triable as a matter of right

CORNELL & ASSOCIATES, P.A.
Attorneys for the Plaintiff
2645 Executive Park Dr.
Weston, FL 33331
Telephone: (954) 618-1041
Facsimile: (954) 944-1969


BY: G. Ware Cornell, Jr.
G. WARE CORNELL, JR.
Florida Bar No.: 203920


CERTIFICATE OF SERVICE

I certify that on this July 30, 2014, I served a copy of the above on E. Bruce Johnson and

Christopher J. Stears via the Florida Courts e-portal.

/s/G. Ware Cornell, Jr.

5

Filing # 16512811 Electronically Filed 07/30/2014 11:51:20 AM

1204

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

ELESEMA GONZALEZ

Case No: 13-026457 (25)

     Plaintiff,

**SUMMONS**    ON AMENDED COMPLAINT

v.

NORTH BROWARD HOSPITAL DISTRICT,
DEXTER DORE,  CHRISTOPHER
PITTS, MAXINE JAMES-FRANCIS,
DENISE MORRIS, and JASMIN SHIRLEY,
Defendants
                  /

TO:    Jasmin Shirley
      303 SE 17th Street
      Fort Lauderdale, FL 33316

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

     YOU ARE HEREBY COMMANDED to serve this summons and a copy of the

Complaint or petition in this action on the Defendant.

     Each defendant is required to serve written defenses to the Complaint or petition upon G.

Ware Cornell, Jr., Esq., Attorney for the Plaintiff, whose address is:

**G. WARE CORNELL, JR.**
**CORNELL & ASSOCIATES, P.A.**
**2645 EXECUTIVE PARK DRIVE**
**WESTON, FL 33331**

within twenty (20) days after service of this summons on the Defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be

entered against that Defendant for the relief demanded in the Complaint or petition.

*** FILED: BROWARD COUNTY. FL HOWARD FORMAN. CLERK 7/30/2014 11:51:18 AM.****

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami- Dade County Court's ADA Coordinator at Lawson E. Thomas Courthouse Center, 175 N.W. 1st Ave., Suite 2702, Miami, FL 33128, telephone numbers (305) 349-7175 for voice or (305) 349-7174 for TDD and 349-7355 for fax, within two working days of your receipt of this document. If you are hearing or voice impaired, please call 711 for the Florida Relay Service.

JUL 30 2014

WITNESS my hand and the Seal of said court.

Harvey R
As Cler

BY: _____

Deputy Clerk

HOWARD C. FORMAN

Filing # 16512811 Electronically Filed 07/30/2014 11:51:20 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

ELESEMA GONZALEZ

Case No: 13-026457 (25)

Plaintiff,

**SUMMONS**

v.

NORTH BROWARD HOSPITAL DISTRICT,
DEXTER DORE,  CHRISTOPHER
PITTS, MAXINE JAMES-FRANCIS,
DENISE MORRIS, and JASMIN SHIRLEY,
Defendants                                    /

TO:

MAXINE JAMES-FRANCIS
8569 SHALLOWBROOK CV
BOYNTON BEACH FL 33473-4887

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the

Complaint or petition in this action on the Defendant.

Each defendant is required to serve written defenses to the Complaint or petition upon G.

Ware Cornell, Jr., Esq., Attorney for the Plaintiff, whose address is:

**G. WARE CORNELL, JR.**
**CORNELL & ASSOCIATES, P.A.**
**2645 EXECUTIVE PARK DRIVE**
**WESTON, FL 33331**

within twenty (20) days after service of this summons on the Defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

Plaintiff's attorney or immediately thereafter.   If a Defendant fails to do so, a default will be

entered against that Defendant for the relief demanded in the Complaint or petition.

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami- Dade County Court's ADA Coordinator at Lawson E. Thomas Courthouse Center, 175 N.W. 1st Ave., Suite 2702, Miami, FL 33128, telephone numbers (305) 349-7175 for voice or (305) 349-7174 for TDD and 349-7355 for fax, within two working days of your receipt of this document. If you are hearing or voice impaired, please call 711 for the Florida Relay Service.**

WITNESS my hand and the Seal of said court.

Harvey Ruvin
As Clerk of said Court

BY: _____

As Deputy Clerk

Filing # 16512811 Electronically Filed 07/30/2014 11:51:20 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

ELESEMA GONZALEZ

Case No: 13-026457 (25)

Plaintiff,

**SUMMONS**

v.

NORTH BROWARD HOSPITAL DISTRICT,
DEXTER DORE,  CHRISTOPHER
PITTS, MAXINE JAMES-FRANCIS,
DENISE MORRIS, and JASMIN SHIRLEY,
Defendants

_____/

TO:
     Dexter Dore
     35 SW 111TH LN
     CORAL SPRINGS FL 33071-8147

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

     YOU ARE HEREBY COMMANDED to serve this summons and a copy of the

Complaint or petition in this action on the Defendant.

     Each defendant is required to serve written defenses to the Complaint or petition upon G.

Ware Cornell, Jr., Esq., Attorney for the Plaintiff, whose address is:

**G. WARE CORNELL, JR.**
**CORNELL & ASSOCIATES, P.A.**
**2645 EXECUTIVE PARK DRIVE**
**WESTON, FL 33331**

within twenty (20) days after service of this summons on the Defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

Plaintiff's attorney or immediately thereafter.   If a Defendant fails to do so, a default will be

entered against that Defendant for the relief demanded in the Complaint or petition.

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami- Dade County Court's ADA Coordinator at Lawson E. Thomas Courthouse Center, 175 N.W. 1st Ave., Suite 2702, Miami, FL 33128, telephone numbers (305) 349-7175 for voice or (305) 349-7174 for TDD and 349-7355 for fax, within two working days of your receipt of this document. If you are hearing or voice impaired, please call 711 for the Florida Relay Service.

WITNESS my hand and the Seal of said court.

Harvey Ruvin
As Clerk of said Court


BY: _____
                    As Deputy Clerk

Filing # 16512811 Electronically Filed 07/30/2014 11:51:20 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

ELESEMA GONZALEZ

Case No: 13-026457 (25)

    Plaintiff,

**SUMMONS**

v.

NORTH BROWARD HOSPITAL DISTRICT,
DEXTER DORE,  CHRISTOPHER
PITTS, MAXINE JAMES-FRANCIS,
DENISE MORRIS, and JASMIN SHIRLEY,
Defendants                                    /

TO:    DENISE MORRIS
       303 SE 17th Street
       Fort Lauderdale, FL 33316

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

        YOU ARE HEREBY COMMANDED to serve this summons and a copy of the

Complaint or petition in this action on the Defendant.

        Each defendant is required to serve written defenses to the Complaint or petition upon G.

Ware Cornell, Jr., Esq., Attorney for the Plaintiff, whose address is:

**G. WARE CORNELL, JR.**
**CORNELL & ASSOCIATES, P.A.**
**2645 EXECUTIVE PARK DRIVE**
**WESTON, FL 33331**

within twenty (20) days after service of this summons on the Defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

Plaintiff's attorney or immediately thereafter.   If a Defendant fails to do so, a default will be

entered against that Defendant for the relief demanded in the Complaint or petition.

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami- Dade County Court's ADA Coordinator at Lawson E. Thomas Courthouse Center, 175 N.W. 1st Ave., Suite 2702, Miami, FL 33128, telephone numbers (305) 349-7175 for voice or (305) 349-7174 for TDD and 349-7355 for fax, within two working days of your receipt of this document. If you are hearing or voice impaired, please call 711 for the Florida Relay Service.

WITNESS my hand and the Seal of said court.

Harvey Ruvin
As Clerk of said Court

BY: _____
As Deputy Clerk

Filing # 16512811 Electronically Filed 07/30/2014 11:51:20 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

ELESEMA GONZALEZ

Case No: 13-026457 (25)

Plaintiff,

**SUMMONS**

v.

NORTH BROWARD HOSPITAL DISTRICT,
DEXTER DORE,  CHRISTOPHER
PITTS, MAXINE JAMES-FRANCIS,
DENISE MORRISON,
and JASMIN SHIRLEY, Defendants

TO:
      Christopher Pitts
      500 BRICKELL AVE 2006
      MIAMI FL 33131-2581

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the

Complaint or petition in this action on the Defendant.

Each defendant is required to serve written defenses to the Complaint or petition upon G.

Ware Cornell, Jr., Esq., Attorney for the Plaintiff, whose address is:

**G. WARE CORNELL, JR.**
**CORNELL & ASSOCIATES, P.A.**
**2645 EXECUTIVE PARK DRIVE**
**WESTON, FL 33331**

within twenty (20) days after service of this summons on the Defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

Plaintiff's attorney or immediately thereafter.   If a Defendant fails to do so, a default will be

entered against that Defendant for the relief demanded in the Complaint or petition.

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami-Dade County Court's ADA Coordinator at Lawson E. Thomas Courthouse Center, 175 N.W. 1st Ave., Suite 2702, Miami, FL 33128, telephone numbers (305) 349-7175 for voice or (305) 349-7174 for TDD and 349-7355 for fax, within two working days of your receipt of this document. If you are hearing or voice impaired, please call 711 for the Florida Relay Service.

WITNESS my hand and the Seal of said court.

Harvey Ruvin
As Clerk of said Court

BY: _____
As Deputy Clerk