UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61821-CIV-COHN/SELTZER

ELESEMA GONZALEZ,

    Plaintiff,

v.

NORTH BROWARD HOSPITAL DISTRICT, DEXTER DORE, CHRISTOPHER PITTS, MAXINE JAMES-FRANCIS, DENISE MORRIS, and JASMIN SHIRLEY,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal of North Broward Hospital District [DE 30]. Plaintiff seeks leave to voluntarily dismiss this action with respect to Defendant North Broward Hospital District ("NBHD"). See DE 30 at 1; Fed. R. Civ. P. 41(a)(2). Because the Court earlier dismissed Plaintiff's claims against the individual Defendants, see DE 18 (Order on Defs.' Mots. to Dismiss), NBHD is the only remaining Defendant. The Court having reviewed Plaintiff's Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion for Voluntary Dismissal of North Broward Hospital District [DE 30] is **GRANTED**;

2. The above-styled action is **DISMISSED** with regard to Defendant North Broward Hospital District; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of July, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF